**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Darryl Vincent Jones, Appellant.

Appellate Case No. 2014-002680

———————

Appeal From Lexington County
Thomas A. Russo, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-291
Submitted May 1, 2017 – Filed July 12, 2017

———————

**AFFIRMED**

———————

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Mark Reynolds Farthing, both of Columbia; and Solicitor Samuel R. Hubbard, III, of Lexington, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Williams*, 303 S.C. 410, 411, 401 S.E.2d 168, 169 (1991) (holding an issue not raised and ruled upon by the trial court is not preserved for

appeal); *Ex parte McMillan*, 319 S.C. 331, 334, 461 S.E.2d 43, 45 (1995) (holding a party cannot acquiesce to an issue at trial but then complain on appeal); *State v. Mitchell*, 330 S.C. 189, 195, 498 S.E.2d 642, 645 (1998) ("Because counsel acquiesced in the [court]'s limitation of his cross-examination, and made no other objections regarding [the issue], Appellant cannot now complain about this issue.").

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.